IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01462-RPM

DISH NETWORK, L.L.C., f/k/a
ECHOSTAR SATELLITE L.L.C.,

        Plaintiff,

v.

CRAIG CHRISTIANSON and
CHRISTY AGRESTI,

        Defendants.
_____

ORDER OF DISMISSAL AS TO DEFENDANT CHRISTY AGRESTI
_____

        In this proceeding on the plaintiff's application to confirm arbitration award, filed July 11, 2008, the defendant Christy Agresti has never been served. The return of service filed with the court indicates that she is no longer in the United States. It now

        ORDERED that this civil action is dismissed, without prejudice, as to the defendant Christy Agresti.

        DATED:    January 20th, 2009

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior Judge